# UNITED STATES DISTRICT COURT
### DISTRICT OF MONTANA
### BUTTE DIVISION

| UNITED STATES OF AMERICA | AMENDED JUDGMENT IN A CRIMINAL CASE |
|---|---|
| | (For **Revocation** of Probation or Supervised Release) |
| v. | |
| DANIEL SCOTT FROST | Case Number: CR 11-21-BU-DLC-1 |
| | USM Number: 44170-112 |
| | Craig Shannon |
| | Defendant's Attorney |

**THE DEFENDANT:**

| ☒ | admitted guilt to violation of condition(s) | Mandatory Condition 1 and Special Conditions 2 and 10 of the term of supervision. |
|---|---|---|
| ☐ | was found in violation of condition(s) | after denial of guilt. |

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| 1 (Spec. Cond. 10) | Failure to Reside at Residential Reentry Center | 09/02/2022 |
| 2 (Mand. Cond. 1) | Commission of Federal, State, or Local Crim | 03/08/2023 |
| 3 (Spec. Cond. 2) | Consumption of Alcohol | 12/09/2022 |

The defendant is sentenced as provided in pages 2 through 7 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has not violated condition(s) condition.        and is discharged as to such violation(s)

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

Last Four Digits of Defendant's Soc. Sec. 5461

Defendant's Year of Birth: 1983

City and State of Defendant's Residence:
Great Falls, Montana

April 10, 2023
Date of Imposition of Judgment

Signature of Judge

Dana L. Christensen, District Judge
United States District Court
Name and Title of Judge

April 17, 2023
Date

AO 245D (Rev. 10/21) Judgment in a Criminal Case                                                                Judgment -- Page 2 of 7

DEFENDANT:            DANIEL SCOTT FROST
CASE NUMBER:       CR 11-21-BU-DLC-1

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of:

**forty-nine (49) days as to Count 26 and 0 months as to Count 1, terms to run concurrently.***

☐   The court makes the following recommendations to the Bureau of Prisons:

☒   The defendant is remanded to the custody of the United States Marshal.
☐   The defendant shall surrender to the United States Marshal for this district:

   ☐   at _____   ☐ a.m.   ☐ p.m.   on _____

   ☐   as notified by the United States Marshal.

☐   The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

   ☐   before 2 p.m. on
   ☐   as notified by the United States Marshal.
   ☐   as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

   Defendant delivered on _____ to

at _____, with a certified copy of this judgment.

                                                                                       UNITED STATES MARSHAL

                                                                                                  By
                                                                                       DEPUTY UNITED STATES MARSHAL

AO 245D (Rev. 10/21) Judgment in a Criminal Case                                              Judgment -- Page 3 of 7

DEFENDANT:       DANIEL SCOTT FROST
CASE NUMBER:     CR 11-21-BU-DLC-1

## SUPERVISED RELEASE

Upon release from imprisonment, the defendant shall be on supervised release for a term of: **twenty-three (23) months as to Count 1 and seven (7) months as to Count 26, terms to run concurrently for a total of 23 months.**

## MANDATORY CONDITIONS

1. You must not commit another federal, state or local crime.
2. You must not unlawfully possess a controlled substance.
3. You must refrain from any unlawful use of a controlled substance. You must submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as determined by the court.
   - ☐ The above drug testing condition is suspended, based on the court's determination that you pose a low risk of future substance abuse. (*check if applicable*)
4. ☒ You must make restitution in accordance with 18 U.S.C. §§ 3663 and 3663A or any other statute authorizing a sentence of restitution. (*check if applicable*)
5. ☒ You must cooperate in the collection of DNA as directed by the probation officer. (*check if applicable*)
6. ☐ You must comply with the requirements of the Sex Offender Registration and Notification Act (34 U.S.C. § 20901, et seq.) as directed by the probation officer, the Bureau of Prisons, or any state sex offender registration agency in which you reside, work, are a student, or were convicted of a qualifying offense. (*check if applicable*)
7. ☐ You must participate in an approved program for domestic violence. (*check if applicable*)

   You must comply with the standard conditions that have been adopted by this court as well as with any additional conditions on the attached page.

DEFENDANT: DANIEL SCOTT FROST
CASE NUMBER: CR 11-21-BU-DLC-1

# STANDARD CONDITIONS OF SUPERVISION

As part of your supervised release, you must comply with the following standard conditions of supervision. These conditions are imposed because they establish the basic expectations for your behavior while on supervision and identify the minimum tools needed by probation officers to keep informed, report to the court about, and bring about improvements in your conduct and condition.

1. You must report to the probation office in the federal judicial district where you are authorized to reside within 72 hours of your release from imprisonment, unless the probation officer instructs you to report to a different probation office or within a different time frame.
2. After initially reporting to the probation office, you will receive instructions from the court or the probation officer about how and when you must report to the probation officer, and you must report to the probation officer as instructed.
3. You must not knowingly leave the federal judicial district where you are authorized to reside without first getting permission from the court or the probation officer.
4. You must answer truthfully the questions asked by your probation officer.
5. You must live at a place approved by the probation officer. If you plan to change where you live or anything about your living arrangements (such as the people you live with), you must notify the probation officer at least 10 days before the change. If notifying the probation officer in advance is not possible due to unanticipated circumstances, you must notify the probation officer within 72 hours of becoming aware of a change or expected change.
6. You must allow the probation officer to visit you at any time at your home or elsewhere, and you must permit the probation officer to take any items prohibited by the conditions of your supervision that he or she observes in plain view.
7. You must work full time (at least 30 hours per week) at a lawful type of employment, unless the probation officer excuses you from doing so. If you do not have full-time employment you must try to find full-time employment, unless the probation officer excuses you from doing so. If you plan to change where you work or anything about your work (such as your position or your job responsibilities), you must notify the probation officer at least 10 days before the change. If notifying the probation officer at least 10 days in advance is not possible due to unanticipated circumstances, you must notify the probation officer within 72 hours of becoming aware of a change or expected change.
8. You must not communicate or interact with someone you know is engaged in criminal activity. If you know someone has been convicted of a felony, you must not knowingly communicate or interact with that person without first getting the permission of the probation officer.
9. If you are arrested or questioned by a law enforcement officer, you must notify the probation officer within 72 hours.
10. You must not own, possess, or have access to a firearm, ammunition, destructive device, or dangerous weapon (i.e., anything that was designed, or was modified for, the specific purpose of causing bodily injury or death to another person such as nunchakus or tasers).
11. You must not act or make any agreement with a law enforcement agency to act as a confidential human source or informant without first getting the permission of the court.
12. If the probation officer determines that you pose a risk to another person (including an organization), the probation officer may require you to notify the person about the risk and you must comply with that instruction. The probation officer may contact the person and confirm that you have notified the person about the risk.
13. You must follow the instructions of the probation officer related to the conditions of supervision.

## U.S. Probation Office Use Only

A U.S. probation officer has instructed me on the conditions specified by the court and has provided me with a written copy of this judgment containing these conditions.

Defendant's Signature _____   Date _____

DEFENDANT:        DANIEL SCOTT FROST
CASE NUMBER:      CR 11-21-BU-DLC-1

## SPECIAL CONDITIONS OF SUPERVISION

1. You must participate in and successfully complete an outpatient program of substance abuse treatment as approved by the probation officer. You must remain in the program until you are released by the probation officer in consultation with the treatment provider. You must pay part or all of the costs of this treatment as directed by the probation officer.

2. You must participate in an outpatient program for mental health treatment as approved by the probation officer. You must remain in the program until you are released by the probation officer in consultation with the treatment provider. You must pay part or all of the costs of this treatment as directed by the probation officer.

3. You must submit your person, residence, place of employment, vehicles, and papers, to a search, with or without a warrant by any probation officer based on reasonable suspicion of contraband or evidence in violation of a condition of release. Failure to submit to search may be grounds for revocation. You must warn any other occupants that the premises may be subject to searches pursuant to this condition. You must allow seizure of suspected contraband for further examination.

4. You must abstain from the consumption of alcohol and are prohibited from entering establishments where alcohol is the primary item of sale.

5. You must participate in substance abuse testing to include not more than 365 urinalysis tests, not more than 365 breathalyzer tests, and not more than 36 sweat patch applications annually during the period of supervision. You must pay part or all of the costs of testing as directed by the probation officer.

6. You must not possess, ingest or inhale any psychoactive substances that are not manufactured for human consumption for the purpose of altering your mental or physical state. Psychoactive substances include, but are not limited to, synthetic marijuana, kratom and/or synthetic stimulants such as bath salts and spice.

7. The defendant will provide the United States Probation Officer with any requested financial information and shall incur no new lines of credit without prior approval of the United States Probation Officer. You must notify the Probation Officer of any material changes in your economic circumstances that might affect your ability to pay restitution, fines or special assessments.

8. The defendant shall pay restitution in the amount of $6,799.97. The defendant is to make payments at a rate of $200.00 per month, or as otherwise directed by United States Probation. Payment shall be made to the Clerk, United States District Court, 201 E Broadway, Missoula, MT 59802, and shall be disbursed to:

| | |
|---|---|
| 406 Motoring<br>5050 Harrison Ave #2<br>Butte, Montana 59701 | $285.00 |
| Ace Hardware<br>1839 Harrison Ave<br>Butte, Montana 59701 | $278.32 |

AO 245D (Rev. 10/21) Judgment in a Criminal Case                                      Judgment -- Page 6 of 7

DEFENDANT:        DANIEL SCOTT FROST
CASE NUMBER:      CR 11-21-BU-DLC-1

| | |
|---|---|
| Blake Drown | $83.00 |
| BobWards<br>3015 Paxon Street<br>Missoula, Montana 59801 | $299.98 |
| Butte-Silver Bow County Treasurer<br>P.O. Box 611<br>Butte, Montana 59703 | $950.00 |
| Conoco<br>200 Holmes Ave<br>Butte, Montana 59701 | $95.78 |
| Gilligans<br>916 East Front Street<br>Butte, Montana 59701-2912 | $65.68 |
| K-Mart<br>3300 Harrison Avenue<br>Butte, Montana 59701 | $279.99 |
| Lucky Lil's Casino<br>P.O. Box 6000<br>Butte, Montana 59701 | $381.63 |
| O'Reilly Auto Parts<br>233 South Patterson Avenue<br>Springfield, Missouri 65802-2298 | $158.89 |
| Pizza Hut<br>3040 Busch Street<br>Butte, Montana 59701 | $50.00 |
| Rd's Travel Stop<br>P.O. Box 3839<br>Butte, Montana 59702 | $140.29 |
| Safeway<br>310 West Front Street<br>Butte, Montana 59701 | $1,054.63 |
| Southwest Sports<br>2220 Amherst Avenue<br>Butte, Montana 59701 | $69.98 |

AO 245D (Rev. 10/21) Judgment in a Criminal Case                                                                                           Judgment -- Page 7 of 7

DEFENDANT:        DANIEL SCOTT FROST
CASE NUMBER:    CR 11-21-BU-DLC-1

| | |
|---|---|
| Thriftway Super Stop<br>200 Holmes Avenue<br>Butte, Montana 59701 | $211.33 |
| Tim Vincent | $149.00 |
| Town Pump<br>P.O. Box 6000<br>Butte, Montana 59702 | $954.20 |
| Universal Athletic<br>Attn: Paula Johnson<br>P.O. Box 1620<br>Bozeman, Montana 59771 | $161.99 |
| Wal-Mart<br>3901 Harrison Avenue<br>Butte, Montana 59701 | $1,130.58 |